UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MUSAP GUNAYDIN, on behalf of himself and all other
persons similarly situated,

                                      Plaintiff,
    -against-

CHOBANI FARM CORP. d/b/a CHOBANI FARM,
MUSTAFA ERSOY, SABRI OKKE, and FILIZ YAZICI
a/k/a ESRA FILIZ YAZICI,

                                      Defendants.
-------------------------------------------------------------------------X

Case No.
1:20 CV 00271 (KAM-RER)

So Ordered: Kiyo A. Matsumoto, USDJ
May 4, 2021

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY AGREED AND STIPULATED** by the Plaintiff Musap Gunaydin, and Defendants Chobani Farm Corp. d/b/a Chobani Farm, Mustafa Ersoy, Sabri Okke, and Filiz Yazici a/k/a Esra Filiz Yazici, by and through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this case, including all claims and defenses of all parties, is hereby dismissed from the above-captioned action with prejudice, with each party to bear its own costs and fees incurred in connection with this action.

**DATED**: April __30, 2021                        **DATED**: April 12, 2021

| SACCO & FILLAS, LLP<br>Attorneys for Plaintiff(s)<br><br>_____<br>By: _Patricia Rose Lynch_, Esq. (PL8436)<br>31-19 Newton Avenue, 7th Floor<br>Astoria, New York 11102<br>Telephone: (718) 269-2240 | AKIN LAW GROUP<br>Attorneys for Defendant(s)<br><br>_____<br>By: Zafer A. Akin, Esq. (ZA 1651)<br>45 Broadway, Suite 1420<br>New York, New York 10006<br>Telephone: (212) 825-1400 |
|---|---|

**IT IS SO ORDERED:**

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT COURT JUDGE

Dated:   Brooklyn, New York
         April \_\_\_, 2021